Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, *ex rel.*
EVA ZEMPLENYI,

    Plaintiffs,

v.

GROUP HEALTH COOPERATIVE, GROUP HEALTH PERMANENTE, GROUP HEALTH OPTIONS, INC., KPS HEALTH PLANS, GROUP HEALTH NORTHWEST, MICHAEL LEE, M.D., TERRENCE CLARK, O.D., JOHN DOES 1-20,

    Defendants.

No. C09-0603-RSM

NOTE ON MOTION CALENDAR:
January 6, 2010

### UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

    Pursuant to the False Claims Act, as amended, 31 U.S.C. § 3730(b)(4)(B), the United States of America hereby notifies the Court of its decision not to intervene in and take over the above-entitled action.

    Because the United States has elected not to intervene, the relator has the right to pursue this action in the name of the United States; however, the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). Therefore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action also be served upon the United

United States' Notice of Election
to Decline Intervention – 1
(C09-603-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1 | States, and that all Orders issued by the Court be sent to the Government counsel. The United
2 | States reserves its right to order any deposition transcripts. It also reserves the right to intervene
3 | in this action, for good cause, at a later date.
4 |     DATED this 6th day of January, 2010.

                        Respectfully submitted,

ANTHONY WEST
Assistant Attorney General

JENNY A. DURKAN
United States Attorney
Western District of Washington


s/ Peter A. Winn
PETER A. WINN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4985
Fax:  (206) 553-4067
E-mail: peter.winn@usdoj.gov

United States' Notice of Election
to Decline Intervention – 2
(C09-603-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that she is an employee in the office of the Untied States |
| 3 | Attorney for the Western District of Washington and is a person of such age and discretion as to |
| 4 | be competent to serve papers, and that on January 6, 2010, she caused to be electronically filed |
| 5 | the foregoing *Notice of Election to Decline Intervention* and Proposed Order as well as this |
| 6 | appended Certificate of Service with the Clerk of the Court using the CM/ECF system, which |
| 7 | will send notification of such filing to the following: |

**(Counsel for Plaintiff/Relator Eva Zemplenyi)**

Benjamin R. Justus
[brj@lybeckmurphy.com ]

Lory R. Lybeck
[ lrl@lybeckmurphy.com ]

Lybeck Murphy LLP
7525 SE 24th Street, Suite 500
Mercer Island, WA 98040-2334

**(Counsel for Defendants)**

David B. Robbins
[ drobbins@bbllaw.com ]

Renee M. Howard
[ rhoward@bbllaw.com ]

Bennett Bigelow & Leedom
1700 7th Avenue, Suite 1900
Seattle, WA 98101

DATED this 6th day of January, 2010.

s/ Patricia M. Buyce
PATRICIA M. BUYCE
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4073
E-mail: pat.buyce@usdoj.gov

United States' Notice of Election
to Decline Intervention – 3
(C09-603-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970